AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| RYAN SWOOPE, (DOB: XXXXXXXXX) | ) |
| SAUL LLAMAS, (DOB: XXXXXXXX) | ) |
| JORDAN SIEMERS, (DOB: XXXXXXXX) | ) |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

Case: 1:22-mj-00251
Assigned To : Harvey, G. Michael
Assign. Date : 11/14/2022
Description: Complaint W/ Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U S C §§ 111(a)(1) and (b) | Assaulting, Resisting, or Impeding Certain Officers Using a Deadly or Dangerous Weapon, |
| 18 U S C § 231(a)(3) | Obstruction of Law Enforcement during Civil Disorder, |
| 18 U S C § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds, |
| 18 U S C § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U S C § 5104(e)(2)(D) | Disorderly Conduct in the Capitol Grounds or Buildings, |
| 40 U S C § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: __11/14/2022__

*Judge's signature*

City and state: __Washington, D.C.__    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*