UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>    v.                         )<br>                               )<br>                               )<br>                               )<br>JORDAN SIEMERS                 )<br>                Defendant.     )<br>                               ) | Case No. 1:22-mj-00251 (GMH) |

**Motion for admission of attorney Charles E. Langmack *Pro Hac Vice***

Pursuant to Criminal Local Rule 44.1 (c) & (d), Defendant Jordan Siemers moves for the admission and appearance of attorney Charles Langmack p*ro hac vice* in the above-captioned case. This motion is supported by the Declaration of Mr. Langmack filed herewith. Mr. Langmack is admitted and an active member in good standing in the following courts and bars:

1. Ohio State Bar; Bar Number 0092470.
2. United States District Court for the Northern District of Ohio.

This motion is supported and signed by Kira Anne West, an active and sponsoring member of the Bar of this Court. This motion also has a certificate of good standing attached as Exhibit 1. Mr. Langmack was previously admitted *pro hac vice* in *USA v. Priola*, 22 CR 242 (TSC).

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit #509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 12th day of December, 2022, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.



/S/
Kira Anne West

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>)<br>)<br>JORDAN SIEMERS, )<br>    Defendant. )<br>_____ ) | Case No. 1:22-mj-00251 (GMH) |

### ORDER

This Court, having considered the Motion for *Pro Hac Vice* Admission of Charles Langmack and good cause having been shown, it is this _____ day of _____, 2022,

**ORDERED** that the Motion for *Pro Hac Vice* Admission is **GRANTED**; and it is

**FURTHER ORDERED** that Charles Langmack shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. Furthermore, Charles Langmack is permitted to execute all pleadings in this case without the necessity of Attorney Kira Anne West being required to also execute all pleadings in this case.

**SO ORDERED.**

_____
G. Michael Harvey
United States Magistrate Judge

3