# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br><br>JORDAN SIEMERS,<br>                       Defendant. | Case No. 1:22-mj-00251-3 (GMH) |

## ORDER

This Court, having considered the Motion for *Pro Hac Vice* Admission of Charles Langmack and good cause having been shown, hereby

**ORDERED** that the Motion for *Pro Hac Vice* Admission is **GRANTED**; and it is further

**ORDERED** that Charles Langmack shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. Furthermore, Charles Langmack is permitted to execute all pleadings in this case without the necessity of Attorney Kira Anne West being required to also execute all pleadings in this case.

**SO ORDERED.**

_____
The Honorable Moxila A. Upadhyaya
United States Magistrate Judge